**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| MATTHEW GLENN BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-CV-117-RLW |
| ) | |
| COUNTY OF CAPE GIRARDEAU, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

Upon review of the Court file, the Court notes that on December 10, 2018, twenty-one defendants in this case were served with process, requiring that they file an answer or other responsive pleading by December 31, 2018. Only three of the served defendants, Dr. Charles Pewitt, Charla Earnheart (who was incorrectly named as "Nurse Charlotte [Unknown]", and Advanced Correctional Healthcare, Inc., filed an answer on December 28, 2018.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, with respect to defendants County of Cape Girardeau; James Mulcahy; Ruth Ann Dickerson; U.S. Marshal Ned Boyd; R. Umphlett; B. Friedrich; S. Pullom; S. Surface; A. Clark; Anthony Boliva; Unknown Carr; R. Williams; K. Hicks; Unknown Ladner; Todd Stevens; Unknown Stewart; Unknown Lincoln; and Unknown Salvatore.

Failure to comply with this order may result in dismissal without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall update the docket sheet in this case to replace defendant Nurse Charlotte [Unknown] with the correct name of Charla Earnheart.

Dated this 9th day of January, 2019.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE