UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| MATTHEW GLENN BRYANT, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 1:18-CV-117-RLW |
| COUNTY OF CAPE GIRARDEAU, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On December 21, 2018, service was returned unexecuted for six defendants (C. Ray, M. Golden, A. Surface, W. Crites, T. Motley, and Unknown Hawkins) because they are no longer employed by the County of Cape Girardeau. As a result, the Court will order defendant County of Cape Girardeau to submit the last known home addresses for these six defendants under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that defendant County of Cape Girardeau is directed to submit the last known home addresses for defendants C. Ray, M. Golden, A. Surface, W. Crites, T. Motley, and Unknown Hawkins to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 9th day of January, 2019.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE